# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

MEMO ENDORSED

November 18, 2019

**BY ECF**
Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/19

Re: *United States v. Oliver et al.*, No. 19-CR-568-SHS
Client: Hugho Witter

Dear Judge Stein,

I write to respectfully request a modification of Mr. Witter's bail conditions. Mr. Witter is at liberty pending trial with travel restricted to the Eastern and Southern Districts of New York and to the District of New Jersey, where Mr. Witter resides.

Mr. Witter respectfully requests modification of his bond to allow him to travel to Pennsylvania on November 26, 2019, to pick his son up from college. I have conferred with Pretrial Services Officer Joshua Rothman and AUSA Sarah Mortazavi, neither of whom object to this application. Mr. Witter and I thank the Court for its considerate attention to this matter.

Respectfully submitted,

/s/ *Ezra Spilke*
Ezra Spilke

Cc: Ms. Sarah Mortazavi
Mr. Joshua Rothman, by email

SO ORDERED 11/21/19

SIDNEY H. STEIN
U.S.D.J.