```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    19-Cr-568 (SHS)

         -v-                                 ORDER

HUGHO WITTER,
                    Defendant.

------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

     A teleconference having been held today, regarding the defendant's motion to modify bail conditions [Doc. No. 35],

     IT IS HEREBY ORDERED that:

     1.     The defendant shall be placed on home incarceration with electronic monitoring in the District of New Jersey with the equipment to be determined by the Pretrial Services Officer;

     2.     The defendant shall not be released until the location monitoring is in place;

     3.     All other conditions shall remain as previously set.

Dated: New York, New York
March 26, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.