UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-568 (SHS) |
| -v- | : | <u>ORDER</u> |
| HUGHO WITTER, | : | |
| Defendant(s). | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that:

    1.    The sentencing scheduled for May 12, 2020, is adjourned to June 25, 2020, at 2:30 p.m.;

    2.    The defendant's sentencing submission is due on or before June 11, 2020; and

    3.    The government's submission is due by June 18, 2020.

Dated: New York, New York
       May 5, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.